1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    BRIAN E. BOWMAN,                          No.  2:21-CV-00225-TLN-DMC

12              Plaintiff,

13       v.                                     <u>ORDER</u>

14    COUNTY OF TEHAMA, et al.,

15              Defendants.

16

17          Plaintiff, who is proceeding pro se, brings this civil action.  On September 8, 2021,

18    Plaintiff filed his first amended complaint without signing it.  ECF No. 7, pg. 19.  The Federal

19    Rules of Civil Procedure provide:

20          Every pleading, written motion, and other paper must be signed by
            at least one attorney of record in the attorney's name—or by a party
21          personally if the party is unrepresented. . . .

22          Fed. R. Civ. P. 11(a); <u>see also</u> Local Rule 131(b).

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

                                            1

1    Because Plaintiff did not sign his first amended complaint, it is stricken.  Plaintiff

2  is directed to file a signed first amended complaint within 30 days of the date of this order.

3        IT IS SO ORDERED.

4

5  Dated:  November 2, 2021

6                                                    _____
                                                     DENNIS M. COTA
7                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28